Charles WILSON *v.* STATE of Arkansas

CR 92-751                                          832 S.W.2d 854

Supreme Court of Arkansas
Opinion delivered July 13, 1992

*Joseph C. Self*, for appellant.

No response.

PER CURIAM. Appellant, Charles Wilson, by his attorney, Joseph C. Self has filed a motion for rule on the clerk. His attorney admits that the record was tendered late.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See* per curiam dated February 5, 1979, *In re: Belated Appeals in Criminal Cases*, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.